of Buffalo at the coming general election and from incurring any expense on account of the city of Buffalo in the publication of same, and from performing any official act toward submitting the questions referred to to the voters of said city at said election. Held, that the common council had no authority to adopt the ordinance and it has not been validated by the new charter.* All concurred, except Kruse, P. J., and Merrell, J., who dissented and voted for affirmance.

MOSES C. MILLS, Appellant, Respondent, v. DANIEL J. SWEENEY, as City Clerk of the City of Buffalo, Appellant, Respondent.— Motion for leave to appeal to Court of Appeals granted and questions for review certified.

ARCHIE HOPKINS, Respondent, v. MINNIE STEUBING, Appellant, Impleaded with Another.— Motion granted precluding respondent from being heard upon the argument unless respondent shall file and serve printed briefs and pay to appellant's attorney ten dollars within ten days.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM E. KARNS, Respondent, v. GEORGE A. PORTER, Appellant.— Motion granted precluding respondent from being heard upon the argument unless respondent shall file and serve printed briefs within ten days.

WILLIAM E. KLING, Respondent, v. GOTTLIEB H. TOBIAS, Appellant. — Order entered October 10, 1916, vacated, and appellant given leave to perfect appeal within twenty days upon serving and filing printed papers on appeal and paying to respondent's attorney ten dollars.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMMA J. LUDWIG, Appellant.— Appeal dismissed upon stipulation filed.

IDA PHILLIPS, Respondent, v. BUFFALO AND LAKE ERIE TRACTION COMPANY and Another, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

BARNARD PHILLIPS, Respondent, v. BUFFALO AND LAKE ERIE TRACTION COMPANY and Another, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

A. P. WRIGHT and JAMES BURKE, Respondents, v. NICHOLAS M. DI SANTO, Appellant.— Order entered substituting Cherubina Di Santo, as administratrix, etc., in the place of Nicholas M. Di Santo, deceased.

In the Matter of the Application of JANE K. HAMILTON, as a Creditor of JOHN PHELPS, Deceased, for Authority to Dispose of His Real Property for the Payment of His Debts, etc.— Order entered substituting Lafayette Cook, as administrator, etc., of Jane K. Hamilton, deceased, in place of said Jane K. Hamilton, deceased; also substituting Mary Louise Lewis as administratrix de bonis non of John Phelps, deceased, in the place of Minnie H. Lewis, administratrix of the estate of John Phelps, deceased.

In the Matter of the Application of JAMES O. SEBRING and WARREN J. CHENEY, for an Order Determining and Enforcing Their Lien upon Certain Funds in the Hands of the Steuben County Treasurer.— Order

_____

* See Laws of 1914, chap. 217, as amd.— [REP.